1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

**FRANCISCO JAVIER SEPULVEDA HERNANDEZ,**

Case No.  22-cv-04979-YGR

8

Plaintiff,

9

v.

**ORDER RE STIPULATION OF DISMISSAL**

Re: Dkt. No. 12

10

**DEBRA A. ROGERS, ET AL.,**

11

Defendants.

12          Pursuant to the plaintiff's stipulation of dismissal (Dkt. No. 12), the Court hereby

13   **DISMISSES** this action in its entirety with prejudice under FED. R. CIV. P. 41(a).  Each party will

14   pay their own costs and attorneys' fees.

15          **IT IS SO ORDERED.**

16   Dated: 11/1/2022

17

18   _____
     **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT JUDGE**

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California